[No. 3309.  Decided January 29, 1900.]

J. F. BEEZLEY, *Respondent,* v. E. L. SESSIONS *et ux.,*
*Appellants.*

APPEAL—SUFFICIENCY OF BOND—SUPERSEDEAS.

A bond on appeal conditioned both as a supersedeas and as an
appeal bond, in order to be sufficient, must be executed for such
a penal sum as will include a sum double the amount of the judg-
ment appealed from, added to the $200, required in all appeal
bonds as security for costs.

Appeal from Superior Court, Douglas County.—Hon.
CHARLES H. NEAL, Judge.   Appeal dismissed.

*W. A. Reneau* and *Mount & Merritt,* for appellants.

*R. W. Starr* and *E. K. Pendergast,* for respondent.

PER CURIAM.—A motion was made by the respondent
to dismiss the appeal in this case and affirm the judgment
for several reasons; but we need notice but one of them,
and that is that no appeal bond has been filed within the
time limited by law, and that the same is not sufficient,
either in form or substance, to render such appeal effec-
tual.    The record shows that the appellants applied to
the superior court to fix the amount of a stay bond, and
the court fixed it at $250.    The appellants thereafter filed
a bond conditioned both as an appeal bond and a superse-
deas bond in the sum of $250.    It is stated in this bond
that the reason why it is given is because the appellants
desired to stay the proceedings under orders appealed
from until the determination of said appeal therefrom.
As indicated by its terms, it is also intended as an appeal
bond, and no other bond is given.

Under the rule announced in *Pierce v. Willeby,* 20
Wash. 129 (54 Pac. 999); *Town of Sumner v. Rogers,*

21 Wash. 361 (58 Pac. 214), and *Galloway v. Tjossem,* *ante,* p. 103, decided on the 20th of the present month, the motion must be sustained.